**Richard HIGBIE, petitioner,**
**v. UNITED STATES.**

No. 14–1255.

Oct. 5, 2015.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.